■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL MALDONADO, Appellant. [935 NYS2d 266]—An appeal having been taken to this Court by the above-named appellant from

judgments of the Supreme Court, New York County (Michael J. Obus, J.), rendered on or about September 25, 2008, and said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Saxe, J.P., Sweeny, Acosta, DeGrasse and Abdus-Salaam, JJ.